# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Angela D. Engle,

     Plaintiff,

          v.                              Case No.  1:10cv083

Michael J. Astrue,
Commissioner of Social Security,          Judge Michael R. Barrett

     Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 23, 2011 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters, 638 F.2d 947 (6th Cir. 1981).*  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**   The decision by the ALJ is **AFFIRMED.**

**IT IS SO ORDERED.**

          *S/Michael R. Barrett*
          Michael R. Barrett
          United States District Judge